CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

HYUNSUK ALBERT CHANG (SBN: 206270)
albertchang@aclawfirm.net
MARIAM ALAMI SAQEBI (SBN: 312972)
mariam.saqebi@aclawfirm.net
LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, CA 90248
Telephone: (310) 769-6836
Facsimile: (310) 769-6787
Attorneys for Defendants
Ramesh K. Manglani, Gloria Manglani,
Mohan K. Manglani, Neelam M. Manglani
and The Holy Grill

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, <br><br> Plaintiff, <br><br> v. <br><br> RAMESH K. MANGLANI; GLORIA MANGLANI; MOHAN K. MANGLANI; NEELAM M. MANGLANI; THE HOLY GRILL, a California Corporation; and Does 1-10, <br><br> Defendants. | Case: 2:18-CV-04977-ODW-GJS <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 23, 2018    CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: October 23, 2018    LAW OFFICES OF ALBERT CHANG

By: /s/ Mariam Alami Saqebi
    Hyunsuk Albert Chang
    Mariam Alami Saqebi
    Attorneys for Defendants
    Ramesh K. Manglani, Gloria
    Manglani, Mohan K. Manglani,
    Neelam M. Manglani
    and The Holy Grill

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Mariam Alami Saqebi, counsel for Ramesh K. Manglani, Gloria Manglani, Mohan K. Manglani, Neelam M. Manglani and The Holy Grill, and that I have obtained Ms. Saqebi's authorization to affix her electronic signature to this document.

Dated: October 23, 2018   CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff